1070

Katherine DUNNIGAN, as Owner of The Brick Scow DUNNIGAN SISTERS, Libelant-Appellee, v. CORNELL STEAMBOAT COMPANY, Respondent-Appellant, and Dredge New York, Standard Equipment Company, Claimant-Impleaded-Appellee.

GENERAL CHEMICAL COMPANY, as Owner of THE Barge CALUMET, Libelant-Appellee, v. THE Steam Tugs OSCEOLA and G. C. ADAMS, Their Respective Engines, Tackle, Apparel, etc., and Cornell Steamboat Company, Respondent-Claimant-Appellant. Dredge New York, Standard Equipment Company, Claimant-Impleaded-Appellee.

Nos. 112, 113.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1932.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for Cornell S. Co.

Alexander, Ash & Jones, of New York City, for Katherine Dunnigan.

Single & Single, of New York City (Edward Ash and George B. Warburton, both of New York City, of counsel), for General Chemical Co.

Bigham, Englar, Jones & Houston, of New York City (Charles A. Van Hagen, Jr., of New York City, of counsel), for claimant-impleaded-appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

.Earl EASTER, Appellant, v. UNITED STATES of America, Appellee.

No. 3408.

Circuit Court of Appeals, Fourth Circuit.

Jan. 24, 1933.

T. W. Messick, of Roanoke, Va., for appellant.

T. X. Parsons, Asst. U. S. Atty., of Roanoke, Va. (J. C. Shaffer, U. S. Atty., of Wytheville, Va., on the brief), for the United States.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.
Appellant was convicted of violation of the National Prohibition Act (27 USCA). His assignments of error complain of the refusal of the trial judge to direct a verdict in his favor and to instruct as requested with regard to circumstantial evidence. On the first point, it is sufficient to say, without reviewing the testimony, that we are of opinion that it was clearly sufficient to sustain the verdict. On the second, there was direct as well as circumstantial evidence pointing to the guilt of defendant, and the case was not one calling for the instruction requested; but, even if this were not true, the point was not properly raised in the court below, as no exception was taken to the charge as given or to the refusal to charge as requested. The evidence points clearly to the guilt of appellant, the record shows that he has had a fair trial, and none of the circumstances exists which would warrant us in considering a point not properly raised in the court below. The judgment and sentence appealed from will be affirmed.

Affirmed.

EDWARD HINES LUMBER CO., Appellant, v. DAVENPORT LADDER CO.

No. 9320.

Circuit Court of Appeals, Eighth Circuit.

Dec. 6, 1932.

W. S. Bennet, of Chicago, Ill., and H. B. Betty, Frank Betty, Walter M. Balluff, and E. M. Cook, all of Davenport, Iowa, and Walter H. Jacobs, Arthur D. Welton, Jr., and Winston, Strawn & Shaw, all of Chicago, Ill., for appellant.

Wayne G. Cook and C. D. Waterman, both of Davenport, Iowa, for appellee.

PER CURIAM.
Appeal dismissed, at costs of appellant, per stipulation of parties.